UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ANGELINA L. LEON,<br><br>                 Plaintiff,<br><br>vs.<br><br>ANDREW SAUL,<br><br>                 Defendant. | Case No. CV-18-094-BLG-TJC<br><br>JUDGMENT IN A CIVIL CASE |

      **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

** X    Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

      IT IS ORDERED AND ADJUDGED Pursuant to Order (Doc. 18), The Commissioners decision be REVERSED, and this matter be REMANDED pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

      Dated this 26th day of September 2019.

                            TYLER P. GILMAN, CLERK

                            By: /s/ Heidi Gauthier
                            Heidi Gauthier, Deputy Clerk