FILED
12/2/2019
Clerk, U.S. District Court
District of Montana
Helena Division

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ANGELINA L. LEON,<br><br>   Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security Administration,<br><br>   Defendant. | CV 18-94-BLG-TJC<br><br>**ORDER GRANTING PLAINTIFF'S APPLICATION FOR AWARD OF EAJA FEES AND COSTS** |

On September 26, 2019, the Court remanded this case to the Commissioner for further administrative proceedings. (Doc. 18.) That same day, the Clerk of Court entered a separate judgment. (Doc. 19.)

Plaintiff has now filed a motion for attorney's fees and costs under the Equal Access to Justice Act ("EAJA"). (Doc. 20.) Plaintiff requests $9,053.41 in attorney's fees. The Commissioner does not oppose the motion.

There being no objection from the Commissioner, the Court will grant the motion. Accordingly, IT IS HEREBY ORDERED that Plaintiff's Application for Award of EAJA Fees and Costs is GRANTED.

/ / /

The Commissioner must promptly pay Plaintiff's counsel attorney fees in the amount of $9,053.41.

DATED this 2nd day of December, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge