IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| ANGELINA L. LEON,<br><br>Plaintiff,<br><br>vs.<br><br>ANDREW SAUL, Commissioner of Social Security Administration,<br><br>Defendant. | CV 18-94-BLG-TJC<br><br>**AMENDED ORDER GRANTING PLAINTIFF'S APPLICATION FOR AWARD OF EAJA FEES** |

On December 2, 2019, the Court granted Plaintiff's unopposed application for award of EAJA Fees. (Doc. 21.) The Court directed the Commissioner to pay Plaintiff's counsel attorney fees in the amount of $9,053.41. (*Id.*) The Commissioner now moves the Court to amend the order to clarify that fee award is subject to offset under the Treasury Offset Program. (Doc. 22.) Accordingly, IT IS HEREBY ORDERED that the Court's December 2, 2019 Order is amended as follows:

Plaintiff's Application for Award of EAJA Fees in the amount of $9,053.41 is GRANTED. This award is subject to offset to satisfy any preexisting debt that Plaintiff owes the United States pursuant to *Astrue v. Ratliff*, 560 U.S. 586 (2010) and the Treasury Offset Program, 31 U.S.C. § 3716. If the government determines

Plaintiff does not owe a federal debt, then the government shall cause the payment of the award to be made directly to Plaintiff's counsel.

DATED this 6th day of December, 2019.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge